**2014–0809. State v. Armstrong.**

Mahoning App. No. 09–MA–204, 2011-Ohio-661. On motion for delayed appeal. Motion denied.

**2014–0811. State v. Charlton.**

Lorain App. No. 12CA010206, 2014-Ohio-1330. On motion for delayed appeal. Motion granted.

O'CONNOR, C.J., and FRENCH, J., dissent.

**2014–0821. State v. Walker.**

Montgomery App. No. 25741, 2014-Ohio-1287. On motion for delayed appeal. Motion granted.

O'CONNOR, C.J., and O'DONNELL, J., dissent.

**2014–0822. State v. Whatley.**

Guernsey App. No. 13CA26, 2014-Ohio-1126. On motion for delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2014–0824. State v. Wampler.**

Fairfield App. No. 13-CA-3, 2014-Ohio-37. On motion for delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2014–0863. State v. Perkins.**

Hancock App. No. 5–13–01, 2014-Ohio-752. On motion for delayed appeal. Motion denied.

PFEIFER and O'NEILL, JJ., dissent.

**2014–0871. State v. Qunnie.**

Cuyahoga App. No. 100317, 2014-Ohio-1435. On motion for delayed appeal. Motion granted.

O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.